IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| FCA US LLC, | |
| Plaintiff, | Case No. 25-cv-13965 |
| v. | **Judge Mary M. Rowland** |
| THE PARTNERSHIPS and UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A", | **Magistrate Judge Maria Valdez** |
| Defendants. | |

## NOTICE OF DISMISSAL UNDER RULE 41(a)(1)

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiff FCA US LLC ("Plaintiff") hereby dismisses this action as to the following Defendants:

| Defendant Name | Line No. |
|---|---|
| Aevum Goods | 4 |
| changqiu-hao | 15 |
| dengzhoushiqisuishangmaoyouxiangongsi | 27 |
| dengzhoushishenguishangmaoyouxiangongsi | 28 |
| dengzhoushisongyishangmaoyouxiangongsi | 29 |
| GOGOSHOP01 | 39 |
| GUODONGDAMAI | 41 |
| heshengchangyu | 45 |
| huayangfushidian | 49 |
| HUIXUESHANGMAO | 52 |
| autopart_deals66 | 66 |
| autoworks11 | 70 |
| auyt-auto-accs | 71 |
| DHB COLLINS HOSPITALITY LLC | 80 |
| diyinbox | 81 |
| endlesstrades | 85 |

Dated this 18th day of December 2025.	Respectfully submitted,

/s/ Berel Y. Lakovitsky
Amy C. Ziegler
Justin R. Gaudio
Berel Y. Lakovitsky
Hannah A. Abes
Greer, Burns & Crain, Ltd.
200 West Madison Street, Suite 2100
Chicago, Illinois 60606
312.360.0080
312.360.9315 (facsimile)
aziegler@gbc.law
jgaudio@gbc.law
blakovitsky@gbc.law
habes@gbc.law

*Counsel for Plaintiff FCA US LLC*